UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
:
                      v.                  : ORDER MODIFYING CONDITIONS
:  OF RELEASE
:
:  D.C. No. 11-423

ANDRE KELLY

This matter having come before the Court on the application of defendant, Andre Kelly, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by Rodney Villazor, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 22nd day of June, 2011, HEREBY ORDERED that:

1. That the defendant's bail be modified from home incarceration to curfew with location monitoring from 7:00 am to 8:00 pm. Furthermore, defendant shall be permitted to leave his residence between 8:00 pm and 7:00 am only with prior approval of Pretrial Services.

2. All other conditions of bail remain intact.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE